360 A.2d 680
Norman v. DeYoung et ux., Appellants.

Argued June 15, 1976.

Malcolm Waldron, with him Michael J. Clement, for appellants;  Stanford S. Hunn, for appellee.

Order affirmed.

360 A.2d 628
North Atlantic Investors Life Insurance Co.,
Appellant, v. DiFillippo, et al.

Argued June 16, 1976.  Tom P. Monteverde, with him Robert W. Lentz and Gilbert F. Ashley, for appellant;  No appearance entered nor brief submitted for appellees.

Order reversed and case remanded to court below for further proceedings.